UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

QUINCY JAMES,  )
 )
        Plaintiff,  )
 )  **JUDGMENT IN A CIVIL CASE**
v.  )
 )  **CASE NO. 5:18-CV-503-D**
ANDREW M. SAUL, Commissioner of Social  )
Security,  )
        Defendant.  )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 23]. The court GRANTS plaintiff's motion for judgment on the pleadings [D.E. 18], DENIES defendant's motion for judgment on the pleadings [D.E. 20], and REMANDS the action to the Commissioner under sentence six of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on December 9, 2019, and Copies To:**
Vaughn Stephen Clauson                         (via CM/ECF electronic notification)
Wanda D. Mason                                  (via CM/ECF electronic notification)

DATE:                                     PETER A. MOORE, JR., CLERK
December 9, 2019                    (By) /s/ Nicole Sellers
                                                   Deputy Clerk