UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| QUINCY JAMES, )<br>)<br>　　　　Plaintiff, )<br>)<br>) <br>v. )<br>) <br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>　　　　Defendant. ) | ***AMENDED* JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:18-CV-503-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's motion to amend or correct Order (Doc. 24) and Judgment (Doc. 25) is granted to reflect that remand for further proceedings will be under sentence four of 42 U.S.C. §405(g).

**This Judgment Filed and Entered on January 2, 2020, and Copies To:**
| | |
|---|---|
| Vaughn Stephen Clauson | (via CM/ECF electronic notification) |
| Wanda D. Mason | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE:<br>January 2, 2020 | PETER A. MOORE, JR., CLERK<br>(By) /s/ Nicole Sellers<br>　　Deputy Clerk |